UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREATCALL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LIVELY HEARING CORPORATION,<br><br>    Defendant. | Case No. 20-CV-0117-GPC-DEB<br><br>ORDER ON APPLICATION FOR APPROVAL OF SUBSTITUTION OF COUNSEL<br><br>Dept:    2D<br>Judge:   Hon. Gonzalo P. Curiel |

On July 22, 2020, Plaintiff Greatcall, Inc. filed an Application for Approval of Substitution of Counsel, notifying the Court that Robert Marasco and Sean Sullivan of Procopio, Cory, Hargreaves & Savitch LLP will appear in this matter and Michelle L. Carter of Norton Rose Fulbright US LLP shall withdraw as counsel for plaintiff Greatcall, Inc. Co-counsel Christopher M. Weimer, and the firm of Pirkey Barber PLLC, shall remain as counsel of record for Greatcall, Inc.

The Court hereby GRANTS the requested substitution. The Clerk shall modify the record to reflect the substitution.

**IT IS SO ORDERED.**

Dated:  July 23, 2020

Hon. Gonzalo P. Curiel
United States District Judge